**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ramon SERRANO–AGUILAR,**
**Defendant—Appellant.**

No. 05–30308.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Robert A. Ellis, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Anne Walstrom, Esq., FDWAID—Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Ramon Serrano–Aguilar appeals from the 24–month sentence imposed following his guilty-plea conviction for being an alien found in the United States after deportation, in violation of 8 U.S.C. § 1326. We

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

have jurisdiction pursuant to 28 U.S.C. § 1291. We review the sentence for reasonableness, *see United States v. Booker*, 543 U.S. 220, 260–64, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and we affirm.

Serrano–Aguilar contends that the district court imposed an unreasonable sentence by failing to address the factors listed in 18 U.S.C. § 3553(a). We disagree. *See United States v. Knows His Gun*, 438 F.3d 913, 918 (9th Cir.2006). (stating that the requirement to consider the § 3553(a) factors "does not necessitate a specific articulation of each factor separately, but rather a showing that the district court considered the statutorily-designated factors in imposing a sentence").

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.